Appeal from the Criminal Court of Baltimore City (DUFFY, J.).

Bastardy proceeding against Howard Mayers. From a judgment of conviction, he appeals. Appeal dismissed.

The cause was submitted on briefs to BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*Alva A. Lamkin,* for the appellant.

*Thomas H. Robinson, Attorney General, John Hubner Rice, Assistant Attorney General,* and *Herbert R. O'Conor, State's Attorney for Baltimore City,* for the State.

PATTISON, J., delivered the opinion of the Court, dismissing the appeal, with costs.

---

## ANNA SCHLEY ABELL *v.* WALTER W. ABELL, SURVIVING TRUSTEE, ET AL.

### *Appeal—Voluntary Dismissal.*

A receiver in bankruptcy cannot object to the dismissal of an appeal by the bankrupt, though its prosecution might have enured to the benefit of creditors, and consequently the receiver cannot ask for reinstatement of an appeal so dismissed.

*Decided February 19th, 1926.*

Petition by Wendell D. Allen, receiver in bankruptcy of Anna Schley Abell, for reinstatement of appeal. Petition dismissed.

The petition was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*John Henry Lewin,* for the petitioner.

BOND, C. J., delivered the opinion of the Court, dismissing the petition.